United States District Court
Southern District of Texas

**ENTERED**

December 10, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SUNDAY UGWUOZOR,<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:25cv04975 |
| EMEKA UYAMADU,<br>*Defendant.* | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 12, 2025, (Dkt. 10) and no party having filed timely objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

SIGNED at Houston, Texas this **10th** day of December, 2025.

_____

SIM LAKE

SENIOR UNITED STATES DISTRICT JUDGE